# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0079. ANTOINETTE MOORE v. ELEVEN85 RESIDENCES, LLC

Eleven85 Residences, LLC filed a dispossessory petition against Antoinette Moore and All Other Occupants. The state court entered a writ of possession in favor of Eleven85 Residences on June 29, 2023. Moore filed a notice of appeal on July 19, 2023. We, however, lack jurisdiction because Moore's notice of appeal was untimely.

Under OCGA § 44-7-56, an appeal from any judgment by the trial court in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Moore filed her notice of appeal 20 days after the state court entered the order issuing a writ of possession. Because the notice of appeal was not filed within seven days of the state court's order, it was untimely and must be dismissed. See *Radio Sandy Springs*, 311 Ga. App. at 336.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/22/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*